**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE CARLOS RAMOS-GOMEZ, AKA Jose Aceves, AKA Jose Ramos, AKA Jose Carlos Ramos, AKA Jose Carlos Ramosqomez, <br><br> Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br> Respondent. | No.   14-71337 <br><br> Agency No. A041-111-437 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 13, 2016[**]

Before:    HAWKINS, N.R. SMITH, and HURWITZ, Circuit Judges.

Jose Carlos Ramos-Gomez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal

from an immigration judge's removal order.  We have jurisdiction under 8 U.S.C.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

§ 1252. We review de novo questions of law, *Coronado v. Holder*, 759 F.3d 977, 982 (9th Cir. 2014), and we deny the petition for review.

The BIA correctly concluded that Ramos-Gomez is removable because his conviction under California Penal Code § 273.5 is a categorical crime of domestic violence under 8 U.S.C. § 1227(a)(2)(E)(i). *See Carrillo v. Holder*, 781 F.3d 1155, 1159 (9th Cir. 2015) ("[California Penal Code] § 273.5 is categorically a crime of domestic violence within the meaning of [8 U.S.C.] § 1227(a)(2)(E)(i).").

In light of our disposition, we do not reach Ramos-Gomez's contention that his conviction is not an aggravated felony crime of violence.

**PETITION FOR REVIEW DENIED.**